**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                  : Chapter 13

**Shabazz-Jones, Raheem**

       **Debtor**

                                :       15-13507 jkf

**CERTIFICATE OF SERVICE OF
DEBTOR'S FOURTH AMENDED CHAPTER 13 PLAN**

     I certify that on  August 23, 2016 ,  the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served  a copy of the Debtor's Fourth Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: August 23, 2016

                                      "/s/" Mitchell J. Prince
                                      John L. McClain, Esquire
                                      Mitchell J. Prince, Esquire
                                      Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072