IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: RAHEEM SHABAZZ-JONES )<br>    **Debtor(s)** ) | CHAPTER 13 |
| )<br>JPMORGAN CHASE BANK, N.A. )<br>    **Moving Party** ) | Case No.: 15-13507-JKF |
| )<br>   v. )<br>) | |
| RAHEEM SHABAZZ-JONES )<br>    **Respondent(s)** )<br>) | |
| WILLIAM C. MILLER )<br>    **Trustee** )<br>) | |
| _____ ) | |

## PRAECIPE WITHDRAWING JP MORGAN CHASE BANK, NA'S OBJECTION TO CONFIRMATION

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Chase's Objection To Confirmation, filed on or about December 29, 2015, number 33 on the docket; the Objection has been settled via Stipulation.

Date: 9/26/16

/s/ William E. Craig
William E. Craig, Esquire
Morton & Craig LLC
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for JPMorgan Chase Bank, N.A.