# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Raheem Shabazz-Jones<br>　　　　　　　　Debtor<br><br>Nationstar Mortgage LLC, its successors and/or assigns<br>　　　　　　　　Moving Party<br>　　vs.<br><br>Raheem Shabazz-Jones<br>　　　　　　　　Debtor<br><br>William C. Miller Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 15-13507 JKF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC, which was filed with the Court on or about **July 23, 2015**.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

September 27, 2016