# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 15-13507-JKF

RAHEEM SHABAZZ-JONES

5923 SHISLER STREET

PHILADELPHIA, PA 19149-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RAHEEM SHABAZZ-JONES

    5923 SHISLER STREET

    PHILADELPHIA, PA 19149-

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                                        /S/ William C. Miller

Date: 7/6/2017                          _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee