*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Raheem Shabazz–Jones
    Debtor(s)

Case No: 15–13507–elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments Filed by WILLIAM C. MILLER, Esq. Represented by WILLIAM C. MILLER2

    on: 10/10/17

    at: 10:00 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/2/17

Timothy B. McGrath
Clerk of Court