United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Raheem Shabazz-Jones
    Debtor

Case No. 15-13507-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Pamela     Page 1 of 1     Date Rcvd: Oct 02, 2017
                   Form ID: 167     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.
db         +Raheem Shabazz-Jones,    5923 Shisler Street,    Philadelphia, PA 19149-3728
cr          CACH LLC/SQUARE TWO FINANCIAL,    PO Box 10587,    Greenville, SC   29603-0587
cr         +JPMorgan Chase Bank, N.A.,    201 N Central Ave, Fl 11,    Phoenix, AZ 85004-1071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:
       ALEXANDRA T. GARCIA    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com
       ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
       ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com, ecfmail@mwc-law.com
       CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com
       JOHN L. MCCLAIN    on behalf of Debtor Raheem Shabazz-Jones aaamcclain@aol.com, edpabankcourt@aol.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       MARISA MYERS COHEN    on behalf of Creditor    Bayview Loan Servicing, LLC mcohen@mwc-law.com
       MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
       THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
       WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                       TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Raheem Shabazz−Jones
    Debtor(s)

Case No: 15−13507−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments Filed by WILLIAM C. MILLER, Esq. Represented by WILLIAM C. MILLER2

on: 10/10/17

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/2/17

Timothy B. McGrath
Clerk of Court

96 − 88
Form 167