# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Raheem Shabazz-Jones  Debtor | Chapter 13 |
| Nationstar Mortgage LLC  Movant  v.  Raheem Shabazz-Jones  Debtor  William C. Miller, Esq.  Trustee | NO. 15-13507 JKF |

## ORDER

AND NOW, this 10th day of October, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on August 17, 2016 it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, is modified as to Movant, with regard to the real property at 5923 Shisler Street Philadelphia, PA 19149, to allow Nationstar Mortgage LLC, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage on the aforesaid property and to pursue its *in rem* State Court remedies, which actions may include continuation or commencement of mortgage foreclosure proceedings against the property, and the execution of judgment and Sheriff's Sale of the property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**