# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAHEEM SHABAZZ-JONES | Chapter 13 |
| Debtor | Bankruptcy No. 15-13507-ELF |

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this ____11th____ day of ____October____, 2017_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
RAHEEM SHABAZZ-JONES

5923 SHISLER STREET

PHILADELPHIA, PA 19149-