United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-13507-elf
Raheem Shabazz-Jones                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Oct 11, 2017
                              Form ID: pdf900         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db              +Raheem Shabazz-Jones,    5923 Shisler Street,    Philadelphia, PA 19149-3728
cr               CACH LLC/SQUARE TWO FINANCIAL,    PO Box 10587,    Greenville, SC  29603-0587
cr              +JPMorgan Chase Bank, N.A.,    201 N Central Ave, Fl 11,    Phoenix, AZ 85004-1071
13530579        +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
13530581        +BYL Services,    301 Lacey Street,    West Chester, PA 19382-3727
13530580        +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
13530582       +++CACH, LLC,    PO Box 10587,    Greenville, SC 29603-0587
13588380        +JPMorgan Chase Bank, N.A.,    c/o WILLIAM EDWARD CRAIG,    Morton & Craig,
                  110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
13798134        +Jacqueline Shabazz-Jones,    5923 Shisler Street,    Philadelphia PA 19149-3728
13530585        +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13530587        +Milstead & Associates,    Woodland Falls Corp Park,    220 Lake Drive East, Ste 310,
                  Cherry Hill, NJ 08002-1165
13809595       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                  P.O. Box 619096,    Dallas, TX 75261-9741)
13840289        +NATIONSTAR MORTGAGE LLC,    c/o THOMAS I. PULEO,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13530589         Philadelphia Co Drs,    Domestic Relations Section,    Philadelphia, PA 19107
13530590        +Sakeenah White,    6476 Woodcrest Ave,    Philadelphia, PA 19151-2407
13530591        +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Oct 12 2017 01:51:23      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2017 01:51:04
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 12 2017 01:51:16      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13582126         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 12 2017 02:24:39
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK  73124-8838
13530583        +E-mail/Text: bk.notifications@jpmchase.com Oct 12 2017 01:50:56      Chase auto,
                  Attn: National Bankruptcy Dept,    PO Box 29505,    Phoenix, AZ 85038-9505
13530584        +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 12 2017 01:51:33
                  Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
13581883         E-mail/Text: bk.notifications@jpmchase.com Oct 12 2017 01:50:56      JPMorgan Chase Bank, N.A.,
                  National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13530586        +E-mail/Text: csd1clientservices@cboflanc.com Oct 12 2017 01:51:29      Lancaster Collections,
                  Credit Bureau of Lancaster County,    PO Box 1271,    Lancaster, PA 17608-1271
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13530588*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
                  Lewisville, TX 75067)
13563288*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John               Page 2 of 2              Date Rcvd: Oct 11, 2017
                              Form ID: pdf900          Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com
              JOHN L. MCCLAIN    on behalf of Debtor Raheem  Shabazz-Jones aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARISA MYERS COHEN    on behalf of Creditor    Bayview Loan Servicing, LLC mcohen@mwc-law.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RAHEEM SHABAZZ-JONES | Chapter 13 |
| Debtor | Bankruptcy No. 15-13507-ELF |

## Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this __11th__ day of __October__, 2017_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further **ORDERED**, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-


Debtor:
RAHEEM SHABAZZ-JONES

5923 SHISLER STREET

PHILADELPHIA, PA 19149-